UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>Lisa Louise BRONZIE,<br><br>             Defendant. | Magistrate Docket No.<br><br>**17MJ3797**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Certain Aliens for Financial Gain |

The undersigned complainant being, duly sworn, states:

On or about October 10, 2017, within the Southern District of California, defendant Lisa Louise BRONZIE, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Isauro AMBROSIO-Martinez, Jose De Jesus MENDOZA-Fernandez, Lorenzo Antonio MENDOZA-Fernandez and Heliodoro REYNA-Diaz, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, said aliens within the United States in furtherance of such violation of law, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

 

                                         SIGNATURE OF COMPLAINANT
                                         Joseph E. Wolchko
                                         Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 11th DAY OF October, 2017.

                                         JAN M. ADLER
                                         United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Lisa Louise BRONZIE

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that Isauro AMBROSIO-Martinez, Jose De Jesus MENDOZA-Fernandez, Lorenzo Antonio MENDOZA-Fernandez and Heliodoro REYNA-Diaz, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 10, 2017, United States Border Patrol Agent I. Cotter was assigned patrol duties in the Boulevard Border Patrol Station's area of responsibility. Agent Cotter dressed in plain clothes with "POLICE" in bright yellow letters on both sleeves and wearing a Border Patrol ballistic vest . Agent Cotter was also wearing his duty belt and operating a marked Border Patrol sedan.

At approximately 3:54 PM, Border Patrol Agent R. Reyes was observing the area west of the town of Jacumba, California from an elevated position when he observed four suspected undocumented immigrants walk out of the brush alongside Old Highway 80 near a landmark known to Border Patrol agents as "Monkey House." Moments later, Agent Reyes observed a black sedan pull over and pick up the four individuals. Agent Reyes relayed these observations to agents in the area. Agent Cotter responded and waited for the vehicle near the intersection of Old Highway 80 and Ribbonwood Road.

After a few minutes, Agent Cotter observed a black Chevrolet sedan traveling west on Old Highway 80 past his location. As the vehicle passed, Agent Cotter observed a female driver, later identified as defendant Lisa Louise BRONZIE, and no other visible occupants. As BRONZIE passed, Agent Cotter observed her raise her arm to cover the side of her face and look away from Agent Cotter. Agent Cotter began following BRONZIE, who had accelerated to over 80 miles per hour in the posted 55 mile per hour zone. Upon catching up to the vehicle, Agent Cotter contacted Agent Reyes to confirm the description of the vehicle he had seen pick up the individuals. Agent Reyes confirmed that it was a black sedan. As Agent Cotter followed BRONZIE, she slowed to approximately 45 miles per hour.

At approximately 4:01 PM, as Agent Cotter conducted a vehicle stop at the intersection of Old Highway 80 and Ribbonwood Road. This area is approximately twenty miles east of the Tecate, California Port of Entry and four miles north of the United States/Mexico International Border.

**CONTINUATION OF COMPLAINT:**
 Lisa Louise BRONZIE

As Agent Cotter approached the driver's side, he observed three individuals slouched down in the backseat. Agent Cotter conducted an immigration inspection on BRONZIE, who stated she is a United States citizen. Agent Cotter then questioned the three individuals in the backseat, later identified as material witnesses Isauro AMBROSIO-Martinez, Lorenzo Antonio MENDOZA-Fernandez and Heliodoro REYNA-Diaz. All three stated they are citizens of Mexico and admitted they do not possess any immigration documents which would allow them to legally enter and/or remain in the United States. Agent Cotter then asked BRONZIE to exit the vehicle. Due to the fact that there were only three individuals in the backseat and Agent Reyes had witnessed four people get in the vehicle, Agent Cotter believed there might be an individual in the trunk.

At that time, Border Patrol Agent J. Nations, who had arrived to assist, asked BRONZIE if there was anyone in the trunk of the vehicle. BRONZIE stated she did not know. Agent Nations asked for and received consent to look in the trunk. Agent Nations opened the trunk and observed an individual, later identified as material witness Jose de Jesus MENDOZA-Fernandez. Agent Cotter questioned MENDOZA, who stated he is a citizen of Mexico and admitted he does not possess any immigration documents which would allow him to legally enter and/or remain in the United States. At approximately 4:03 PM, Agent Cotter placed AMBROSIA, L. MENDOZA, J. MENDOZA and REYNA under arrest for being illegally present in the United States. At the same time, he placed BRONZIE under arrest for alien smuggling.

BRONZIE was advised of her Miranda rights. BRONZIE stated she understood her rights and was willing to answer questions without an attorney present. BRONZIE stated she was contacted by an individual who asked her to pick up people in Jacumba. BRONZIE stated the individual told her he would make bad things happen to her if she refused. BRONZIE stated she was being guided to the individuals' location via cellphone by an unknown man. BRONZIE stated, upon arrival, the individuals exited the brush and told her to open the trunk.

Material witnesses Isauro AMBROSIO-Martinez, Jose De Jesus MENDOZA-Fernandez, Lorenzo Antonio MENDOZA-Fernandez and Heliodoro REYNA-Diaz stated they are citizens of Mexico, illegally present in the United States. All four stated they agreed to pay between $6,000 and $7,500 USD to be smuggled into the United States. When presented with a photographic line-up, AMBROSIO and REYNA were able to positively identify BRONZIE as the driver of the vehicle they boarded in this smuggling event.